2015R00201/CAH

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| v. | : | Crim. No. 18- 607 (JLL) |
| AMIT GOVIL | : | 26 U.S.C. § 7206(1) |

**INDICTMENT**

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

**COUNTS 1 AND 2**
**(Making and Subscribing False Tax Returns – 2010 and 2011)**

1. At all times relevant to this Indictment:

   a. Defendant AMIT GOVIL ("Defendant GOVIL") was a resident of New Brunswick, New Jersey and a Certified Public Accountant ("CPA") licensed in New York and New Jersey. Defendant GOVIL operated Company A as a sole proprietorship.

   b. Company A was a business providing risk management and audit services to community banks. It was headquartered in East Brunswick, New Jersey.

   c. United States taxpayers had an obligation to report to the Internal Revenue Service ("IRS") on the Schedule C of a United States Individual Income Tax Return, Form 1040 ("Personal Tax Return"), all "gross receipts or sales" from businesses they operated as sole proprietorships. These

gross receipts or sales were required to be reported on Line 1 of the Schedule C.

2. Defendant GOVIL, through Company A, earned more than $3.9 million in gross receipts or sales for tax year 2010, and more than $4.3 million in gross receipts or sales for tax year 2011.

3. Notwithstanding the actual gross receipts or sales that Defendant GOVIL earned through Company A for tax years 2010 and 2011, Defendant GOVIL reported gross receipts or sales of only approximately $3,352,848 on the Schedule C of his Personal Tax Return for tax year 2010, and gross receipts or sales of only approximately $4,205,175 on the Schedule C of his Personal Tax Return for tax year 2011.

4. Defendant GOVIL's Personal Tax Returns for tax years 2010 and 2011, therefore, were not true and correct as to every material matter in that, among other things, Defendant GOVIL underreported and failed to report the gross receipts or sales of Company A on the Schedules C of his Personal Tax Returns.

5. Defendant GOVIL signed his Personal Tax Returns for tax years 2010 and 2011, and each contained a written declaration that it was signed under penalty of perjury.

6. On or about the dates set forth below, in the District of New Jersey, in Middlesex County, and elsewhere, defendant

**AMIT GOVIL**

knowingly and willfully made and subscribed United States Individual Income Tax Returns, Forms 1040, for the tax years set forth below, each of which was verified by a written declaration that it was made under penalty of perjury, and which Defendant GOVIL did not believe to be true and correct as to every material matter in that each United States Individual Income Tax Return, Form 1040, Schedule C, did not include the gross receipts or sales he earned through Company A, and understated the amount of gross receipts or sales for each tax year as set forth below, each false tax return constituting a separate count of this Indictment:

| Count | Date Subscribed (on or about) | Tax Year | False Gross Receipts or Sales Reported on Schedule C |
|---|---|---|---|
| 1 | 10/15/11 | 2010 | $3,352,848 |
| 2 | 10/15/12 | 2011 | $4,205,175 |

In violation of Title 26, United States Code, Section 7206(1).

A TRUE BILL

FOREPERSON

_____
CRAIG CARPENITO
United States Attorney

3

CASE NUMBER: 18-Cr- 607 (JLL)

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

AMIT GOVIL

## INDICTMENT FOR

26 U.S.C. § 7206(1)

A True Bill,

_____
Foreperson

**CRAIG CARPENITO**
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

COURTNEY A. HOWARD
*ASSISTANT U.S. ATTORNEY*
973.645.2859

USA-48AD 8
(Ed. 1/97)